w/ Terry Ball 88-C-0137
Wende Correctional Facility
Wende P. P.O. Box
Alden, New York 14004

9-19-22

Hon. Mrs Brenda K. Sannes

I am writing you about something you about a problem I am having that I believe I have that I believe I have written to you about a few different times, hopers and that problem is about my family and my retirees. I am mostly mostly and only writing you about my own family and close friends. but anyway I have been mess with about my mother in every institution I have been in just about and

~~Tony B~~ 88C

been in and I am still having having this problem may with two or three of the of the correctional officers they do this so I will run up to them and start to fight with them and this is wrong A) feel the reason I say it is wrong is hell no because I'm only one inmate in this institution and there is hundreds and hundreds of officers and hundreds of correctional of other officers that ~~stand~~ work in this institution and even if I was the type of person that like to fight a lots I wouldn't have to be a damn

2

fool to run up to this institutional officer and start a fight with them by my self and he knows this I am cell number numbers 1&2 luca one and I am the one I don't want to walk to walk up and say nothing to this no good bastered one morning when I was going back to my cell from comeing from somewheres a white correctional officer yall out when I was comeing from somewheres this white correctional officer yell out as soon as I got all most to him, he yell out this officer name and new Delany is a rat right by me as I was walking pass him I don't say one word because

To me this officer might be right because it would be looked up that would not in most dictionary it would be seen if it can be understood that is what a rat can do be a nasty filthy no good for nothing person especially towards women and now it seem to me it seems this guy that stay in the city of new new york I be tired of being mess with this guy by the name of Stephen Hendrust and his family in going around all over here telling everyone I am a rat and now this frape is going all through to help that I am a rat I dont know for sure but it seem to me that a woman

3 this family by the name of Hendrick know it all out that I am a rat it seem now that one of Shepten Hendrick sister had her name change it had to be together to Diane Williams to set me up pretending to be a woman I use to know to the name of Diane Williams trying to say stuff like she don't know me and she don't like me and never did and sure wrote you and right now if you will please have the Federal Bureau of Investigation to look into this and have it investigated I heard a male employee that I use to see alots say he went to the kitty of

Montezuma Georgia and
he ask people did they
know me and some of
them told him yes and
I think he ask them
did they know where my
father lived and I think
they said they did I
was there but even
one in the city of most
Montezuma said yes I
believe since Montezuma
is a little small place
of a city where every
one know every one
just about and now
I hear the superintendent
son went to the
city of Montezuma
Georgia to ask around
about me because if he
did he would get your
out might damn fast
from round the south

4/

south to between black people as I don't know the superintendent name is or even if even he is the same superintendent where I am may move I was move to a different look and put on a different ~~look~~ Lacercorry from where I was because may of it want the som I am now locking in a place that is call the isolation that is call the isolation united I would like to let you know this in case the federal bureau of investigation will know where to find me in case they will know where to find me if they would like to talk talk to me and I would really ~~~~ would let to talk to talk to them

about something law enforcement should and would really would like to know. that the utica new york police and the system should know that judical system should know what is about to happen to that city whole system by government the problem also involves me since I was sent into the prison system and became label with a nasty filthy label of mental illness everyone should know that homosexuality isn't at all isn't a mental illness but just a gender together something that all people have men and women have that they was born with if it is shown in them or not some people show it and some people

5

Dont at all shamy to
end many some of the inmates
want me to stop telling
every one I am a black native
american creek indian from
out of the south of this
country but to them a
puerto rican and I am not
doeny that I surely look like
a damn fool and a man
to do something like it also
seem to me like I all
ways send the superintendent
Dont whos name I dont
know. Dont want to let
me out or even let me
put a perjury law suit
in unless I agree to as
marry to his son who is
a police from another state
I was once told and he know
damn well I will not Do this
being mary to a men and
if the superintendent wasnt

he needs to keep his self he wouldn't mess with me by going around telling everyone he wants me to marry his homosexual faggot ass son he wouldn't have it going around saying he want me to marry one of his female and he wouldn't me to marry a female members of his family but this superintendent if he is the same superintendent here in this institution or in many the superintendent wants to give me a man to get marry to if he recest he went me to marry his son I have two white inmates they state to put you in this should be look into and investigated in the J-B & should look into thank you

WENDE CORRECTIONAL FACILITY
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Terry Bely   DIN: 88-C-0132

Hon. M's Brenda K. Sanne
feral Building and U.S.
Courthouse P.O. Box 733
Syracuse, New york 13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
SEP 26 2022
RECEIVED

22 SEP 2022

13201-073333

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Terry Ball      DIN: 88-C-01?

Printed On Recycled Paper